08 CV 01291

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FARGO FREIGHT GmbH,            :    08 CV _____

        Plaintiff,    :    ECF CASE

- against -                    :

DEVAL DENIZCILIK VE TIC A.S. a/k/a   :
DEVAL SHIPPING & TRADING CO.,        :

        Defendant.   :
-----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: February 8, 2008
      New York, NY

                                 The Plaintiff,
                                 FARGO FREIGHT GmbH

                                 By: _____
                                 Kevin J. Lennon

                                 LENNON, MURPHY & LENNON LLC
                                 The GrayBar Building
                                 420 Lexington Avenue, Suite 300
                                 New York, NY 10170
                                 (212) 490-6050 - phone
                                 (212) 490-6070 - facsimile
                                 *kjl@lenmur.com*